371 A.2d 856
Commonwealth v. Harmon, et al., Appellants.

Submitted December 16, 1975. Eugene H. Clarke, Jr., and Ronald J. Brockington, for appellants; John M. DiDonato, Assistant District Attorney, and F. Emmett

570

Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.